IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| BRANDON MCCORMICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 120-039 |
| | ) | |
| C.R. BARD INCORPORATED and BARD PERIPHERAL VASCULAR INCORPORATED, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

_  _  _  _  _  _

| | | |
|---|---|---|
| BRANDON MCCORMICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 120-047 |
| | ) | |
| C.R. BARD INCORPORATED and BARD PERIPHERAL VASCULAR INCORPORATED, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

United States District Judge David G. Campbell transferred the above captioned cases from the United States District Court for the District of Arizona, and the Clerk of Court opened each case in this District on March 30, 2020. McCormick v. C.R. Bard Incorporated, 1:20-CV-039, doc. no. 6 (D. Ariz. Mar. 20, 2020) (hereinafter "CV 120-039"); McCormick v. C.R. Bard Incorporated, 1:20-CV-047, doc. no. 6 (D. Ariz. Mar. 20, 2020) (hereinafter "CV

120-047"). On May 6, 2020, after the parties failed to file a joint 26(f) report by the deadline in CV 120-039, the Court order the parties to conduct a conference and file the report within seven days. CV 120-039, doc. no. 12. In response to the May 6th Order, the parties informed the Court CV 120-039 was erroneously double docketed and is identical to CV 120-047, which the parties had already been litigating and the Court had already established a discovery schedule. See CV 120-047, doc. nos. 12-21. The parties further stated they wished to proceed only with CV 120-047 and for CV 120-039 to be closed.

Accordingly, the Court **DISMISSES** CV 120-039 without prejudice, **DIRECTS** the Clerk to **TERMINATE** all pending deadlines therein, and **CLOSES** civil action CV 120-039. Additionally, CV 120-047 will proceed in the normal course of business.

SO ORDERED this 7th day of May, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA